UMBERTO AVALLONE, TOMMASO DI NOTTE and SALVATORE DE YORGI, Appellants, v. LOUISA MARINELLI, Respondent, and Others, Defendants.— Judgment reversed upon the law and the facts and a new trial granted, costs to abide the

event. Findings of fact numbered 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 16, 17, 18 and 19 and all conclusions of law are reversed. In our opinion, the decision and judgment are against the weight of the evidence. Lazansky, P. J., Young, Hagarty and Scudder, JJ., concur; Tompkins, J., not voting.